UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

JOSHUA HENNER,

               Defendant.

23-CR-334 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

As stated at today's conference, another conference shall be held on **October 24, 2023, at 11 a.m.**

In order to assure the effective assistance of counsel and to allow adequate time for the Government to make discovery and for the defendant to review it, the Court prospectively excludes the time from today, **July 12, 2023**, until **October 24, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: July 12, 2023
       New York, New York

                                            John G. Koeltl
                                   United States District Judge