UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JOSHUA HENNER,

              Defendant.

23-cr-334 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The order docketed on March 30, 2024 was filed in error, see ECF No. 21, and is stricken. The next conference is scheduled for **May 2, 2024** at 11:30 a.m. See ECF No. 18.

SO ORDERED.

Dated: New York, New York
       March 21, 2024

                                            John G. Koeltl
                                  United States District Judge