# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 30, 2024

**BY ECF**

The Honorable John G. Koeltl
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 14A
New York, New York 10007

Re:  **United States v. Joshua Henner**
     **23 CR 334 (JGK)**

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/30/24

Dear Judge Koeltl:

Joshua Henner, through undersigned counsel, respectfully requests permission to travel to Hudson, New York, which is in the Northern District of New York. Specifically, if granted permission, Mr. Henner would be travelling to Hudson, New York from May 10 through May 12 to visit a close friend. The address where he will be staying has already been provided to both pretrial services and the government.

Undersigned counsel has conferred with pretrial services and the government about this request. Neither party has any objection to Mr. Henner's request to travel

Respectfully Submitted,

/s/

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Cc:  United States Pretrial Services Officers Christina Venable and Corinne Carroll (via email)