UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,           23-cr-334 (JGK)

    - against -                     <u>ORDER</u>

JOSHUA HENNER,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant should indicate any objection to the Government's proposed Amended Preliminary Order of Forfeiture by October 27, 2024.

SO ORDERED.

Dated:   New York, New York
           September 25, 2024

                                      John G. Koeltl
                                  United States District Judge