UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                               23 cr 334 (JGK)

JOSHUA HENNER,                            **ORDER**
                            Defendant.
-----------------------------------------------------------------X

       The judgment in this case did not include a provision that stated that the term of

supervised release was 3 years, although that term was announced at sentencing.  Tr. at 41 (ECF

No. 37).

       The Court intends to correct the judgment to state that the term of supervised release is 3

years.  See Fed. R. Cr. P 36.

       The parties should advise the Court by **April 21, 2025** if there is any objection.

**SO ORDERED.**

                                        **JOHN G. KOELTL**
                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 14, 2025