# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 24, 2026

**BY ECF**

The Honorable John G. Koeltl
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

*[signature]*

John G. Koeltl, U.S.D.J.

3/24/26

Re:    **United States v. Joshua Henner**
       **23-CR-334 (JGK)**

Dear Judge Koeltl,

Joshua Henner, through undersigned counsel, respectfully moves the Court for an order directing Pretrial Services to release Mr. Henner's passport to the custody of the Federal Defenders of New York. Mr. Henner was previously ordered to surrender his passport as part of the conditions of pretrial release. Now that Mr. Henner has been sentenced, and is in custody, that condition is no longer necessary.

Undersigned counsel has conferred with the government about this request. The government has no objection to the return of Mr. Henner's passport. Accordingly, Mr. Henner respectfully asks the Court to grant his request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1